## (June 29, 1978)

■ LANE CONSTRUCTION CORPORATION, Appellant-Respondent, v STATE OF NEW YORK, Respondent-Appellant. (Claim No. 51210.)—Cross appeals from a judgment, entered January 31, 1972, upon a decision of the Court of Claims, which, *inter alia,* awarded damages to the claimant for extra culvert cleaning costs. Judgment affirmed, without costs (see *Callanan Inds. v Glens Falls Urban Renewal Agency,* 62 AD2d 1097; *Peckham Rd. Co. v State of New York,* 32 AD2d 139, affd 28 NY2d 734). Mahoney, P. J., Greenblott, Main, Mikoll and Herlihy, JJ., concur.